IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
UNITED STATES OF AMERICA    )
                            )     CRIMINAL ACTION NO.
     v.                     )        2:24cr442-MHT
                            )            (WO)
LOUE DONALD PEOPLES         )
```

SUPPLEMENTAL ORDER ON TREATMENT-RELATED
CONDITIONS OF SUPERVISED RELEASE

In accordance with the special conditions of supervision in the judgment of conviction entered today, it is ORDERED that:

(1) Within 63 days of the commencement of supervised release, the United States Probation Office shall arrange for defendant Loue Donald Peoples to participate in a substance-abuse treatment program. He shall receive intensive treatment if he qualifies and that level of treatment is found appropriate by the provider. The probation office shall also arrange for and ensure that defendant Peoples participates in ongoing treatment in a program such Narcotics Anonymous (NA), Alcoholics Anonymous (AA), or a similar program,

and has a sponsor for support; participation in such a program should start after any initial treatment program has ended. Substance-abuse treatment shall be provided in conjunction with mental-health treatment to increase the likelihood of success.

(2) Within 63 days of the commencement of supervised release, the United States Probation Office shall arrange for defendant Peoples to receive a mental-health treatment program consistent with the recommendations of Dr. Ashlee Zito in her evaluation (Doc. 28-1). This shall include, at a minimum, individual psychotherapy to achieve symptom stability and encourage the ongoing use of appropriate coping skills and to address the other therapeutic goals recommended by Dr. Zito in her evaluation. See Evaluation (Doc. 28-1) at 14, para. 1. The program may also include group therapy or classes, if recommended by the provider. This treatment should be provided by

the type of provider recommended by Dr. Zito, if possible. *See id.*

(3) Within 90 days of the commencement of supervised release, the United States Probation Office shall arrange for defendant Peoples to receive a thorough psychiatric evaluation to determine his current needs, if any, for psychotropic medication and shall arrange for defendant Peoples to receive any recommended treatment, with routine monitoring for effectiveness and compliance.

(4) Within 100 days of the commencement of supervised release, the United States Probation Office shall file a report on the status of the arrangements required above and on how defendant Peoples is faring on supervision.

(5) The United States Probation Office shall ensure that, prior to beginning assessment or treatment, any professional assessing or treating defendant Peoples

receives a copy of the psychological evaluation conducted by Dr. Zito (Doc. 28-1) and the presentence investigation report.

DONE, this the 23rd day of April, 2025.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE

4