**IN THE DISTRICT COURT OF THE UNITED STATES FOR THE**

**MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | **CRIMINAL ACTION NO.** |
| v. | ) | **2:24cr442-MHT** |
| | ) | **(WO)** |
| **LOUE DONALD PEOPLES** | ) | |

**ORDER FOR NOTIFICATION OF RELEASE
AND POST-RELEASE MEETINGS**

After the defendant is released from prison, the court intends to hold meetings every six months to discuss his performance on supervised release and to make any needed adjustments to the conditions of release.

Accordingly, it is ORDERED that, upon learning of the defendant's release from incarceration, the United States Probation Office and counsel for the parties shall file a notice of release, after which the court will set a schedule for the meetings.

DONE, this the 23rd day of April, 2025.

                                                  /s/ Myron H. Thompson
                                      **UNITED STATES DISTRICT JUDGE**