IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
UNITED STATES OF AMERICA     )
                             )    CRIMINAL ACTION NO.
    v.                       )        2:24cr442-MHT
                             )            (WO)
LOUE DONALD PEOPLES          )
```

ORDER

On April 23, 2025, the court entered an order stating that, after defendant Loue Donald Peoples's release from incarceration, the court will hold meetings every six months to discuss his performance on supervised release and to make any needed adjustments. *See* Order (Doc. 38). In accordance with this order, defense counsel has notified the court that Peoples was released from incarceration on January 9, 2026. *See* Notice of Release (Doc. 39). Also, the supervising probation officer has notified the court by email that Peoples has begun his three-year term of supervised release, a condition of which is a 12-month stay at a

residential re-entry center.  The supervising probation officer further informed the court that:

(1)  The Notice of Individual Assessment (NIA) will be filed no later than February 6, 2026;

(2)  Peoples will begin his 12-month stay at Dismas Charities, a residential re-entry center, on February 17, 2026; and

(3) The reports required by the court's supplemental order (Doc. 37) will be filed no later than April 19, 2026.

In view of Peoples's placement in a residential re-entry center for 12 months, and with the reports required by the court's supplemental order (Doc. 37) due no than April 19, 2026, the court believes that the first status conference should be held in July 2026.

Accordingly, it is ORDERED that the first status conference is set for July 8, 2026, at 10:00 a.m., via Zoom.  Government counsel, defense counsel, and the

supervising   probation   officer   should   participate.

Defendant Peoples is not required to participate.

DONE, this the 3rd day of February, 2026.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE